IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| JOCELYN HAMBY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:14-cv-0560 |
| v. | ) | Varlan/Shirley |
| | ) | JURY DEMAND |
| MORGAN COUNTY BOARD OF EDUCATION | ) ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

As evidenced by the signatures of counsel for the parties below, the parties stipulate to the dismissal, with prejudice, of all claims asserted by the plaintiff Jocelyn Hamby against the defendant the Morgan County Board of Education. The parties further stipulate that each party shall bear his, her or its own costs, fees and expenses, including attorneys fees.

Respectfully submitted.

/s/ Kenneth S. Williams
Kenneth S. Williams, Esq. (#10678)
**Madewell, Jared, Halfacre, Williams & Wilson**
230 N. Washington Avenue
Cookeville, Tennessee 38501
Telephone: (931) 526 – 6101
Email: ksw@citlink.net
*Counsel for the Defendant*
*the Morgan County Board of Education*

/s/ David H. Dunaway
David H. Dunaway, Esq. (#00491)
**David H. Dunaway & Associates**
P. O. Box 280
LaFollette, TN 37766
Telephone: (423) 562-7085
*Counsel for the Plaintiff Jocelyn Hamby*